PETITION THO<sup>S</sup> MOFFATT VS. BRIG<sup>N</sup> *Mairmaid*

was read.

And M<sup>r</sup> Grant and Heatly appeared in Court and consented to an Appraisment of said Vessel and the Persons were nominated, and the Respondents were to bring in an Acc<sup>t</sup> of the Outfit and Repairs of the Intended Voyage, and the Wages due on the last Voyage, which were to be deducted.

And the Court was adjourn'd untill further notice.


| Costs Viz<sup>t</sup> | |
|---|---|
| Filing and allow<sup>g</sup> Libel | £ 2.10 |
| Citation etc | 1.16 |
| Taking the Vessel in Custody | 1.10 |
| Draw<sup>g</sup> Libel and Adv<sup>o</sup> Fee | 3.10 |
| Decree etc | 6 – |
| filing papers etc | .16 |
| | £16: 2 |

| | |
|---|---|
| Judge | £6.10 |
| Adv<sup>o</sup> | 3.10 |
| Reg<sup>r</sup> | 3.10 |
| Mars<sup>l</sup> | 2.12 |
| | 16: 2 |